[No. 61352-9-I.   Division One.   January 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY KIN WONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08498-9, Bruce E. Heller, J., entered March 3, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61443-6-I.   Division One.   January 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07471-2, Dean Scott Lum, J., entered March 7, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 36061-6-II.   Division Two.   January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KWAKU OJA TRAMMELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01599-0, Jay B. Roof, J., entered March 16, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, J.; Bridgewater, J., dissenting.

[No. 36168-0-II.   Division Two.   January 13, 2009.]

IVAN CAM, *Appellant*, v. PERFIL CAM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skamania County, No. 03-2-00139-4, Brian P. Altman, J. Pro Tem., entered March 14, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.